IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     :

V.                           :     CRIM. NO. 11-2267 MEM

MOHD ABU-JAMOUS              :

...oOo...

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Maryland matter hereby moves to dismiss the criminal complaint that has been filed against the above-captioned defendant in the instant case.

Rod J. Rosenstein
United States Attorney

By_____
Philip S. Jackson
Asst. United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

____12/2/11____                    _____
DATE                               United States Magistrate Judge
-------------------------------------------------------------
**Advice to U.S. Marshall**          xx  DEFENDANT IS NOT IN CUSTODY